

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT:GMP
F.# 2010R01661

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 6, 2013

By Hand Delivery and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States  v. Gjavit Thaqi et al.
           Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

      The government respectfully submits this status report in accordance with the Court's directive at the April 17, 2013 status conference in the above-captioned matter.  The following defendants who were present at the last status conference have now agreed to a disposition with the government and have either pled guilty or have been scheduled for a change of plea hearing before the Magistrate Judge:

      1.   Arif Kurti

      2.   Kushtrim Abazaga

      3.   Brian Dublynn

      4.   Arvy Ebrahime

      5.   Anthony Gatt

      6.   Hamza Hamideh

      7.   Ibrahim Kurti

      8.   Nicholas Masi

      9.   Valter Memia

     10.  Agron Zenelaj

Accordingly, the only remaining defendants in this matter who have not reached a disposition with the government are Mal Rexha and Bajram Lajqi. Counsel for defendant Rexha has informed the government that he will be meeting with his client on May 8, 2013 and will have a final decision by that date as to whether his client intends to plead guilty or elect to go forward with a trial. There is a pending motion by defendant Lajqi's counsel to withdraw from the case, so the government will be unable to obtain a final decision with respect to defendant Laljqi until that motion has been decided and (if granted) Lajqi's new counsel have had an adequate opportunity to review the discovery and advise him regarding the decision of whether to accept a plea or go forward with the trial.

In light of this change in the scope of any anticipated trial, and the pending withdrawal motion by Lajqi's counsel, the government respectfully requests that the Court schedule a status conference for the two remaining defendants to discuss whether any changes in the proposed motion and trial schedules may be warranted.

Very truly yours,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:  /s/
Steven L. Tiscione
Gina M. Parlovecchio
Una A. Dean
Assistant U.S. Attorneys
(718) 254-6317/6228/6473

cc:  Clerk of the Court (By ECF)
     All defense counsel (By ECF)