MEMORANDUM TO
THE HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE

RE: U.S. vs. ARIF KURTI
DOCKET #: 11-CR-486(S-1)

## REQUEST FOR ADJOURNMENT OF SENTENCE

The above-noted defendant is pending sentence before Your Honor after having pled guilty to marijuana distribution charges on June 6, 2013. The sentencing schedule sets forth that the presentence reports (PSR) must be disclosed by September 9, 2013, and the sentence date will be on October 25, 2013.

This memorandum serves to advise the Court that the preparation of the PSR has been delayed. Specifically, we require additional Offense Conduct information on this defendant, along with Bajram Lajqi and Gjavit Thaqi (whose PSR disclosure dates are in late September). The undersigned officer is scheduled to meet with the lead prosecutor, Steven Tiscione, on September 6, 2013, to receive detailed information about these defendants. Thereafter, the Offense Conduct section need to be written up and guideline calculations need to be ascertained, and the PSRs need to be reviewed by Probation Department supervisors. Given the lack of currently known information about Arif Kurti's involvement in the offense, we cannot complete his guideline calculations. We respectfully request a brief adjournment of sentence and/or delay in the PSR disclosure date for approximately 3 weeks, allowing for sufficient time for the Probation Department to write a comprehensive and correct PSR.

Adjournment Granted: _____
                U.S. District Judge                Date

New Sentence Date(s): _____

Adjournment Denied: _____
                U.S. District Judge                Date

RESPECTFULLY SUBMITTED:
EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by:
*[signature]*
Mary Ann Betts, Sr. U.S. Probation Officer
(347) 534-3730
September 5, 2013