

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP
F.#2011R01661/NY-NYE-648Z

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 15, 2013

<u>By E-mail</u>

John J. Lanigan
United States Probation Officer
Eastern District of New York

        Re: <u>United States v. Arif Kurti</u>
            <u>Criminal Docket No. 11-486 (S-1)(DLI)</u>

Dear Mr. Lanigan:

    The government respectfully submits this letter pursuant to Fed. R. Crim. P. 32(f) to advise the Probation Department of the government's proposed corrections in the Presentence Investigation Report ("PSR") for the above-referenced defendant, who is scheduled to be sentenced on October 25, 2013.

    Since the preparation of the PSR, the following defendants have been sentenced (PSR page 3):

- Brian Dublynn (54 months' custody; 3 years' supervised release)
- Hector Flores (15 days of custody; 1 year supervised release)
- Ibrahim Kurti (time served; 1 year supervised release)
- Nikola Lukaj (60 months' custody; 3 years' supervised release)
- Magdalena Nikollaj (1 year probation)
- Lester Zaborksi (4 years' probation)
- Agron Zenelaj (46 months' custody; 3 years' supervised release)

    In paragraph 9 of the PSR, it states that the defendant "continued to direct the drug trafficking activity through use of smuggled BlackBerry cellular telephones to communicate instructions to his brothers, Hasan Kurti and Ibrahim Kurti." The defendant only communicated with his

brother, Hasan Kurti, and Gjavit Thaqi from prison using his BlackBerry cellular telephone, not his brother Ibrahim Kurti, who was incarcerated in the United States at the time.

The government has no other objections or proposed corrections to the PSR.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By: /s/
Steven L. Tiscione
Gina M. Parlovecchio
Assistant U.S. Attorney
(718) 254-6317/6228

cc: Joseph Gentile, Esq. (by ECF)
    Clerk of Court (DLI) (by ECF)