**Exhibit C**

# LETTERS FROM FAMILY AND FRIENDS OF ARIF KURTI

October 16, 2013

Honorable Judge Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Irizarry:

My name is Linda Kurt, daughter of Arif Kurti. I am 22 years old and am currently attending LaGuardia Community College. I am writing this letter on behalf of myself and my 3 siblings. If I may be honest with you, although I have written many letters, this has been the most difficult of them all. It has definitely opened up many wounds, for me in particular. It has been quite some time since I have seen my father. Although my father's incarceration is difficult to ignore, I prefer to focus on the memories that fill my heart with joy.

I remember the first time I came to the Bronx. I was about 4 years-old and my father had moved my family to a two-bedroom apartment on Morris Park Avenue. My brothers, sister and I attended P.S. 83, a few blocks away from home. According to my father, at that time, it was supposed to be one of the safest, family-oriented neighborhoods. I really didn't know what that meant then, but today I am so grateful and understand that he just wanted our family to be safe. Now that my father is not around, I realize there were many things that I had taken for granted while he was around and in our daily lives. And despite what my father may have done in the past, it is not indicative of the man I know him to be. The man I know is a caring father, always thinking about his family's safety and supporting us through the good and bad, in every way possible. My brothers, sister and I miss my father dearly. We only hope you can somehow see the man that we see, love and miss.

Thank you for taking the time to read this letter.

Sincerely,
Linda Kurti
Flamur Kurti
Sejd Kurti
Suzi Kurti

Dear Honorable Judge Lrizarry,

My name is Steven Cassiliano. I work as a Residential building manager on the Upper Eastside of New York. I am married to Arif's sister Valbone. I have the pleasure of knowing Arif for the last 10½ years. The man that stands in front of you today is a man that has a heart of gold and is a loving caring person who always thinks about someone else before himself. The reason why I say that is because I have seen it with my very own eyes, time after time. There is one story that pops up when I think about him, it was when we were on vacation in the Dominica Republic. We were driving through town when Arif spotted a bunch of little kids playing in the street, some of the kids were naked, so arif asked the taxi guy Why are they playing in the street naked and the taxi driver said this is a very poor part of town and Arif told the driver to stop the taxi and to wait here for him and he handed one of the kids his tee shirts and gave the kids whatever money he had in his pockets. We almost didn't have enough for the taxi ride home.

Yours Truly

Steven Cassiliano

The Honorable Judge Irizarry

I am writing this letter on behalf of my brother, Arif Kurti. Having heard the charges that my brother is facing, I was taken aback. My entire life as far back as I can remember he has always been the most generous, loving, compassionate human being. How he got into this situation is incomprehensible to me.

My brother Arif, is the second oldest sibling of six. He was always the father figure to us, as my father worked numerous jobs to keep food on the table. Arif always made sure that we were fed, dressed, and ready for school in the morning, and at night we were fed, showered, and tucked into bed at night. He always treated us so kindly, and since I was the only girl, he always made sure I was safe. Arif walked me home when I was out late, driving me everywhere just so I would not have to take the train. One time I was riding my bike, and had a terrible bike accident. My front tooth was completely knocked out. My brother Arif ran to my rescue. He carried me all the way home, wiped the blood from my face, and held me until my parents returned home. Even then, he would try to cheer me up by covering his front tooth with black paper, and being at my beck and call which I took full advantage of. He treated my whole family and community in this same manor. Whenever he seen someone who needed help he would do as much as he could to assist. He would even wrap up out nightly leftovers to give to the less fortunate the next day.

I know that you may see a hard exterior, but the character of my brother is unquestionable. He is truly a good hearted individual. I ask you on behalf of myself, and my family to consider my brother Arif, not only for his action before the court, but for all of his life actions that may deserve merit, as well.

Thank You,
Valbona Cassillino

Subj: **Arif's letter.**
Date: 10/15/2013 10:26:34 A.M. Eastern Daylight Time
From: scassiliano@hotmail.com
To: frangent1565@aol.com

Sent from my iPhone

Begin forwarded message:

> **From:** "Bouchra Kallamni " <bkallamni@hotmail.com>
> **Date:** October 12, 2013 at 3:45:56 PM EDT
> **To:** "Steven " <scassiliano@hotmail.com>
>
> October 10th, 2013
>
> Dear Honorable Judge Irizarry,
>
> My name is Bouchra Kallamni. I am a 37 year old single mother of three children. I have had the pleasure to know Arif Kurti for most of my life. We grew up in the same building complex. His sister Valbone Kurti is one of my dearest friends.
> I have always known Arif to be a good, caring, and honorable person. He was always like a big brother to me and very protective. He is a caring, patient father of six children.
> I ask you your Honor to please take into consideration when deciding on his sentence, his children who need him in their lives. His elderly parents who miss him very much and want nothing more to see Arif out united with his family and being the wonderful father that he is to his children.
> I hope you will please consider my letter in his sentencing.
> Thank you very much for your time.
>
> Yours Truly,
>
> Bouchra Kallamni
> Sent via BlackBerry from T-Mobile